UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-0393 FMO (VBKx) | Date | March 13, 2014 |
|---|---|---|---|
| Title | Jennifer Ann Whelchel v. Bayer Healthcare Pharmaceuticals, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):
None Present                          None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal

On March 12, 2014, plaintiff filed a Complaint in this court. However, the jurisdictional allegations appear to be defective for the reason:

Jurisdiction is asserted on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), but the amount in controversy does not appear to exceed $75,000. The amount of damages that plaintiff seeks is unclear from the complaint, or appears to be $75,000 or less.

Accordingly, IT IS ORDERED that:

1. No later than **March 27, 2014,** plaintiff shall show cause in writing why this action should not be dismissed for the reasons noted above. Failure to submit a response by the deadline set forth above may be deemed as consent to the dismissal of the action without prejudice. Defendants may submit a response in the same time period.

2. A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**. All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5. Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |